NO. 07-05-0060-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 20, 2005

______________________________

KIMBERLY DAWN MCGEE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY;

NO. 30301812; HONORABLE JON WISSER, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pursuant to a plea of guilty, appellant Kimberly Dawn McGee was granted deferred adjudication for two years for the offense of credit card abuse.  The certification of defendant’s right of appeal signed by the trial court reflects appellant’s case is a plea-bargain case with no right of appeal.  By letter dated March 14, 2005, this Court notified appellant’s counsel that the certification reflected no right of appeal and requested a response by April 4, 2005, noting that failure to file an amended certification reflecting a right of appeal would result in dismissal. 
 See
 Tex. R. App. P. 25.2(a) & (d); Stowe v. State, 124 S.W.2d 228, 232 (Tex.App.–El Paso 2003, no pet.).  Counsel did not respond and no amended certification has been filed in a supplemental record.
  
Thus, we dismiss the appeal.

Accordingly, the appeal is dismissed.

Don H. Reavis

    Justice

Do not publish.